UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ANASTACIO HERNANDEZ-ROJAS, by its personal representative DAISY HERNANDEZ; DANIEL HERNANDEZ, a minor, DANIELA HERNANDEZ, a minor, FABIAN HERNANDEZ, a minor, by and through their guardian ad litem, MARIA PUGA MORAN; YEIMI HERNANDEZ; DAISY HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATE SOF AMERICA, *et al.*,<br><br>Defendants. | Civil No. 11cv522 L (NLS)<br><br>**ORDER GRANTING *EX PARTE* MOTION APPOINTING DAISY HERNANDEZ AS SUCCESSOR IN INTEREST TO THE ESTATE**<br>[doc. #10] |

    Daisy Hernandez moves *ex parte* for an order appointing Daisy Hernandez as successor in interest to the estate of Anastacio Hernandez-Rojas. Under California Code of Civil Procedure § 377.11, a decedent's successor in interest has the authority to act with respect to the particular causes of action to which she succeeds, rather than the entirety of the decedent's estate. *Exarhos v. Exarhos*, 72 Cal. Rptr.3d 409(Ct. App. 2008), modified on denial of rehearing.

    Although Ms Hernandez, who is represented by counsel, does not provide a memorandum of points and authorities indicating the legal basis for her request, she has filed her declaration. The declaration sets forth that she is the daughter of the decedent, Anastacio

Hernandez-Rojas; there is no pending proceeding for the administration of the estate; no one else has a superior right to commence this action; and she is the decedent's successor in interest as defined in § 377.11. Code of Civil Procedure § 377.32(a)(3) requires that a person who pursues an action as a decedent's successor in interest execute an affidavit or declaration that states, "No proceeding is now pending in California for administration of the decedent's estate." As noted above, Daisy Hernandez has so declared.

Having reviewed the *ex parte* motion and good cause appearing, **IT IS ORDERED** granting Daisy Hernandez's *ex parte* motion to be appointed successor in interest to the estate of Anastacio Hernandez-Rojas.

**IT IS SO ORDERED.**

DATED: April 18, 2011

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL