

**Estate of Anastacio Hernandez-Rojas et al**     **11cv522 L (BGS)**

**-v-**

**USA et al**

**STRICKEN DOCUMENT**
**(Document Stricken Per Order 75)**

**69**