1    ANN E. HARWOOD, ESQ.
     Special Attorney
2    Two Renaissance Square
     40 North Central Avenue, Suite 1200
3    Phoenix, AZ 85004
4    Tel:  (602) 514-7500
     **Attorneys for Defendant United States of America**
5

6    John P. McCormick, Esq. (SBN 38064)
     Konrad M. Rasmussen, Esq. (SBN 157030)
7    McCORMICK & MITCHELL
8    8885 Rio San Diego Drive, Suite 227
     San Diego, CA 92108
9    Tel:  (619) 235-8444
10   Fax: (619) 294-8447
     **Attorneys for Defendant V61**
11

12   Hugh A. McCabe, Esq.
     NEIL DYMOTT FRANK McFALL & TREXLER
13   1010 Second Avenue, Suite 2500
14   San Diego, CA 92101
     Tel:  (619) 238-1712
15   Fax: (619) 238-1562
16   **Attorneys for Defendants CBPA V325 and CBPA V315**

17   Richard Tolles, Esq.
18   MORRIS, POLICH & PURDY
     One America Plaza
19   600 W. Broadway, Suite 500
     San Diego, CA 92101
20   Tel:  (619) 557-0404
21   **Attorneys for BPA #7663**

22   Daniel R. Shinoff, Esq.
23   Derek W. Paradis, Esq.
     STUTZ, ARTIANO, SHINOFF & HOLTZ
24   2488 Historic Decatur Road, Suite 200
25   San Diego, CA 92106
     Tel:  (619) 232-3122
26   **Attorneys for CBPA (07081969) and CBPA (10271971)**

27

28   ///

Storm P. Anderson, Esq.
Barton H. Hegler, Esq.
BARTON H. HEGELER, ATTORNEY AT LAW, APC
4660 La Jolla Village Drive, Suite 670
San Diego, Ca 92122
T: (858) 597-9975
F: (858) 452-1491
**Attorneys for IEA 2054 & IEA 7G2186**

Charles V. Berwanger, Esq.
GORDON & REES
101 W. Broadway
Suite 1600
San Diego, CA 92101
Ph: (619) 696-6700
Fax: (619) 696-7124
**Attorneys for BPS I199, BPS I68, CBPS CAQ03175**

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ANASTACIO HERNANDEZ-ROJAS, et al. | Case No.: 11 CV 0522 L NLS |
| Plaintiffs, | **OBJECTION TO NOTICES OF DEPOSITION** |
| v. | |
| Customs and Border Protection Agent 7663, et al., | |
| Defendants. | |

Defendants and each of them hereby object to plaintiffs' noticed depositions of the following:

Jerry Vales

Gabriel Ducoing

Philip Krasielwicz

1   Andre Piligrino

2   Harinzo Naraineisingh

3   Derrick Llewellyn

4   Alan Robert Boutwell

5   Kurt Ray Sauer

6   Ishmael Finn

7   Guillermo Avila

8   Edward Caliri

9   Ramon De Jesus

10   on the grounds that the notices and the sought after depositions are violative of

11   the Court's Order of April 16, 2012 and specifically paragraph 2 thereof.  Inasmuch as

12   proceeding with the noticed depositions would be in violation of that order, the party

13   deponents will not appear.

14   DATED:  October 30, 2012

/s/ Ann E. Harwood
_____
Ann E. Harwood
Attorneys for Defendant
United States of America

McCORMICK & MITCHELL

DATED: October 30, 2012

/s/ John P. McCormick
_____
John P. McCormick
Attorneys for Defendant V61

NEIL DYMOTT FRANK McFALL & TREXLER

DATED: October 30, 2012

/s/ Hugh A. McCabe
_____
Hugh A. McCabe
Attorneys for Defendants
CBPA V325 and CBPA V315

MORRIS, POLICH & PURDY

/w/ Richard Tolles

DATED: October 30, 2012

Richard Tolles
Attorneys for Defendant BPA 7663

STUTZ, ARTIANO, SHINOFF & HOLTZ

/s/ Daniel R. Shinoff

DATED: October 30, 2012

Daniel R. Shinoff
Attorneys for Defendants
CBPA (07081969) and CBPA (10271971)

BARTON H. HEGELER, ATTORNEY AT LAW, APC

/s/ Barton H. Hegeler

DATED: October 30, 2012

Barton H. Hegeler
Attorneys for Defendants IEA 2054 & IEA 7G2186

GORDON & REES

/s/ Charles V. Berwanger

DATED: October 30, 2012

Charles V. Berwanger
Attorneys for Defendants
BPS I199, BPS I68, CBPS CAQ03175

John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
McCORMICK & MITCHELL
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel:  (619) 235-8444
Fax:  (619) 294-8447

Attorneys for Defendant V61

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ANASTACIO HERNANDEZ-ROJAS, et al. | Case No.: 11 CV 0522 L NLS |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| Customs and Border Protection Agent 7663, et al., | |
| Defendants. | |

I, Lucia Ruffin, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case.  I am employed in the County of San Diego, California, where the service occurs.  My business address is 8885 Rio San Diego Drive, Suite 227, San Diego, CA 92108.

On October 30, 2012 I served the following:

**OBJECTION TO NOTICES OF DEPOSITION**

On:

| | |
|---|---|
| Attorneys for Plaintiffs DANIEL<br>HERNANDEZ, DANIELA HERNANDEZ,<br>FABIAN HERNANDEZ by and through<br>their guardian ad litem MARIA PUGA<br>MORAN, YEIMI HERNANDEZ and<br>DAISY HERNANDEZ<br>Eugene G. Iredale, Esq.<br>Julia Yoo, Esq.<br>105 West F Street, Fourth Floor<br>San Diego, CA 92101-6036<br>Tel:  (619) 233-1525<br>Fax:  (619) 233-3221 | Attorneys for Defendants CBPA V325<br>and CBPA V315<br><br>Richard Tolles, Esq.<br>MORRIS, POLICH & PURDY<br>One America Plaza<br>600 W. Broadway, Suite 500<br>San Diego, CA 92101<br>Tel:  (619) 557-0404<br>**Attorneys for BPA #7663** |

**Attorneys for Plaintiff ESTATE OF
ANASTACIO HERNANDEZ-ROJAS, by
its personal representative DAISY
HERNANDEZ**
Guadalupe Valencia, Esq.
105 West F. Street, Suite 309
San Diego, CA 92101-2158
Tel:  (619) 232-2588
Fax:  (619) 232-2158

ANN E. HARWOOD, ESQ.
Special Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Tel:  (602) 514-7500
**Attorneys for Defendant United States of
America**

Hugh A. McCabe, Esq.
NEIL DYMOTT FRANK McFALL &
TREXLER
1010 Second Avenue, Suite 2500
San Diego, CA 92101
Tel:  (619) 238-1712
Fax:  (619) 238-1562

Daniel R. Shinoff, Esq.
Derek W. Paradis, Esq.
STUTZ, ARTIANO, SHINOFF & HOLTZ
2488 Historic Decatur Road, Suite 200
San Diego, CA 92106
Tel:  (619) 232-3122
**Attorneys for CBPA (07081969) and CBPA
(10271971)**

Storm P. Anderson, Esq.
Barton H. Hegler, Esq.
BARTON H. HEGELER, ATTORNEY AT
LAW, APC
4660 La Jolla Village Drive, Suite 670
San Diego, Ca 92122
T: (858) 597-9975
F: (858) 452-1491
**Attorneys for IEA 2054 & IEA 7G2186**

Charles V. Berwanger, Esq.
GORDON & REES
101 W. Broadway
Suite 1600
San Diego, CA 92101
Ph: (619) 696-6700
Fax: (619) 696-7124
**Attorneys for BPS I199, BPS I68, CBPS
CAQ03175**

Service was effectuated as follows:

ELECTRONIC SERVICE.   Complying with the Federal Rules of Civil Procedure 5 and 83, I caused such document(s) to be electronically served using the Court's Electronic Case Filing System.

I declare under the penalty of perjury under the laws of the State of California the above is true and correct. Executed on October 30, 2012 at San Diego, California.

Lucia Ruffin