UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ANASTACIO HERNANDEZ-ROJAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CUSTOMS AND BORDER PATROL AGENT 7663, *et al.*, <br><br> Defendants. | Civil No. 11-cv-0522-L(DHB) <br><br> **ORDER DENYING AS MOOT EX PARTE MOTIONS TO INTERVENE [doc. nos. 212, 214]** |

On June 14, 2013, Defendants withdrew their ex parte motion to allow filing of documents under seal. [doc. #133] As a result, the ex parte motions to intervene filed by the Southern Border Communities Coalition [doc. #212] and by the U-T San Diego; KFMB - News 8; KGTV – 10 News; KNSD – NBC – 7/39 News; KPBS and iNewsource (the "Media") [doc. #214], are moot.

Accordingly, **IT IS ORDERED** denying as moot Southern Border Communities Coalition's ex parte motion to intervene.

**IT IS FURTHER ORDERED** denying as moot the Media's ex parte motion to intervene.

**IT IS SO ORDERED.**

DATED: June 17, 2013

M. James Lorenz
United States District Court Judge

COPY TO:

HON. DAVID H. BARTICK
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL