UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ANASTACIO HERNANDEZ-ROJAS, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  11-cv-0522-L (DHB)<br><br>**ORDER SETTING HEARING ON MOTION FOR APPROVAL OF MINORS' COMPROMISE** |

A Status Conference was held on **February 13, 2017**, before Magistrate Judge Louisa S Porter. The parties indicated that they will be stipulating to proceed before a United States Magistrate Judge for the remainder of the action, including on Plaintiffs' motion for approval of minors' compromise and entry of final judgment. Accordingly, IT IS HEREBY ORDERED:

1. A hearing on Plaintiffs' motion for approval of minors' compromise shall be held before Magistrate Judge Louisa S Porter on **March 2, 2017, at 2:00 P.M.** in a courtroom that will be determined at a later date;[1] and

---

[1] The Court will issue a minute entry advising the parties in which courtroom the hearing will take place once the courtroom assignment has been determined.

2. The parties are to file their motion for approval of minors' compromise and any related pleadings on or before **February 22, 2017**.

IT IS SO ORDERED.

Dated: February 14, 2017

*Louisa Porter*
LOUISA S PORTER
United States Magistrate Judge