# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ANASTACIO HERNANDEZ-ROJAS, by its personal representative, MARIA PUGA MORAN, DANIEL HERNANDEZ, a minor, and DANIELA HERNANDEZ, a minor, by and through their guardian ad litem MARIA PUGA MORAN, YEIMI HERNANDEZ, an individual, DAISY HERNANDEZ, an individual, and FABIAN HERNANDEZ, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, *et al.*, <br><br> Defendants. | CASE NO.: 11-cv-00522-POR-DHB <br><br> **ORDER GRANTING THE PARTIES' JOINT MOTION [ECF NO. 401] AND DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |

1 | Before the Court is the parties' joint motion to dismiss with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiffs and the United States have reached a settlement in this case. Accordingly, the Court finds good cause exists to GRANT the parties' joint motion.

IT IS HEREBY ORDERED that the entire action, including all claims against all named Defendants, is DISMISSED WITH PREJUDICE, with each party to bear his own costs.

This Court shall retain jurisdiction over the terms of the Minors' Compromise.

IT IS SO ORDERED.

Dated: May 30, 2017

LOUISA S PORTER
United States Magistrate Judge